UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

| | |
|---|---|
| 326 LAND COMPANY, LLC, a Michigan limited liability company, | Case No. 1:22-cv-45 |
| | Honorable Paul L. Maloney |
| Plaintiff, | |
| | Magistrate Phillip J. Green |
| v | |
| | **STIPULATION AND ORDER AMENDING INITIAL DISPOSITIVE MOTION DEADLINE** |
| CITY OF TRAVERSE CITY, a Michigan Home Rule City, SHAWN WINTER, City Planning Director, | |
| Defendants. | |
| _____/ | |
| Ross A. Leisman (P41923) | Peter B. Worden (P41899) |
| James F. Scales (P40639) | Garan Lucow Miller, PC |
| MIKA MEYERS PLC | Attorneys for Defendants |
| Attorneys for Plaintiff | 3335 W. South Airport Road, Ste. 5A |
| 900 Monroe Avenue, NW | Traverse City, MI 49684 |
| Grand Rapids, MI 49503 | (231) 941-1611 |
| rleisman@mikameyers.com | pworden@garanlucow.com |
| jscales@mikameyers.com | |
| _____/ | |

**STIPULATION**

The parties, by and through their attorneys, hereby stipulate and agree as follows:

1. On April 12, 2022 the Court issued an Initial Case Management Order incorporating the proposal in the Joint Status Report that the parties initially address the stop work order issues in this action. Pursuant to that Initial Case Management Order the parties filed their Rule 26(A)(1) Disclosures, exchanged relevant documents on that issue by April 15, 2022 and completed discovery by May 17, 2022 including depositions, three of which occurred on May 13, 2022.

2. On May 25, 2022 the parties were informed that the deposition transcripts for the depositions on May 13 would not be available until after Memorial Day.

3. In addition, based on the exchange of information and depositions the parties have discussed possible resolution of the litigation.

4. The current deadline for the initial cross-motions for summary judgment on the stop work order is June 3, 2022.  The parties hereby stipulate and agree and request that the Court extend that deadline from June 3, 2022 to June 17, 2022.

5. All other deadlines in the Initial Case Management Order would remain unaffected by this additional time for initial dispositive motions.

                                                 Mika Meyers PLC
                                                 Attorneys for Plaintiff

Dated: May 26, 2022                      /s/ *Ross A. Leisman*
                                                 Ross A. Leisman (P41923)
                                                 900 Monroe Avenue NW
                                                 Grand Rapids, MI 49503


                                                 Garan Lucow Miller, PC
                                                 Attorneys for Defendants

Dated: May 26, 2022                      /s/ *Peter B. Worden* (w/permission)
                                                 Peter B. Worden (P41899)
                                                 3335 W. South Airport Road, Ste. 5A
                                                 Traverse City, MI 49684

**ORDER**

At a session of said Court held in the City of Grand Rapids Michigan, on <u>     May 27     </u>, 2022.

PRESENT:   Honorable Phillip J. Green
United States District Court Magistrate

The Court, having reviewed the stipulation of the parties and the Court being otherwise advised in the premises,

IT IS ORDERED that the dispositive motion deadline of June 3, 2022 contained in the Court's April 12, 2022 Initial Case Management Order is extended to June 17, 2022.

Dated: <u>May 27, 2022</u>           <u>/s/ Phillip J. Green                    </u>
Hon. Phillip J. Green
United States District Court Magistrate