# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| 326 LAND COMPANY, LLC, a Michigan limited liability company,<br><br>        Plaintiff,<br><br>v<br><br>CITY OF TRAVERSE CITY, a Michigan Home Rule City, SHAWN WINTER, City Planning Director,<br><br>        Defendants.<br>_____/ | Case No. 1:22-cv-45<br><br>Honorable Paul L. Maloney<br><br>Magistrate Phillip J. Green<br><br>**INDEX OF EXHIBITS TO JOINT BRIEF IN SUPPORT OF SETTLEMENT AGREEMENT** |
| Ross A. Leisman (P41923)<br>James F. Scales (P40639)<br>MIKA MEYERS PLC<br>Attorneys for Plaintiff<br>900 Monroe Avenue, NW<br>Grand Rapids, MI 49503<br>rleisman@mikameyers.com<br>jscales@mikameyers.com<br>_____/ | Peter B. Worden (P41899)<br>Garan Lucow Miller, PC<br>Attorneys for Defendants<br>3335 W. South Airport Road, Ste. 5A<br>Traverse City, MI 49684<br>(231) 941-1611<br>pworden@garanlucow.com |

| | |
|---|---|
| Exhibit A | Architectural Plans, Sheets A2.1 and A3.4 |
| Exhibit B | Implementation Policy |
| Exhibit C | Winter deposition excerpts |
| Exhibit D | 2017 Citizen communications regarding adoption of Implementation Policy |
| Exhibit E | Weston deposition excerpts |
| Exhibit F | Emails between L. Trible-Laucht and S. Winter |
| Exhibit G | Letter dated November 18, 2021 – "Stop Work Order" |
| Exhibit H | Peninsula Place Construction Disbursements |
| Exhibit I | May 23, 2022 Settlement Proposal |
| Exhibit J | July 20, 2021 Land Use Permit |
| Exhibit K | Groundwater and stormwater runoff permits, soil erosion and sedimentation control Permits, utility review permit, right-of-way permit and Fire Department site plan review |
| Exhibit L | Demolition permit issued by Grand Traverse County |

03151898 1

| | |
|---|---|
| Exhibit M | Building permit issued by Grand Traverse County |
| Exhibit N | Foundation Framing Plan |
| Exhibit O | McIntyre deposition excerpts |
| Exhibit P | Laureto deposition excerpts |
| Exhibit Q | Molon change order/contract dated November 9, 2021 |
| Exhibit R | Plan Review Application - August 6, 2021 |
| Exhibit S | Touch detail records from Molon |
| Exhibit T | Payment Request Nos. 1-5 |
| Exhibit U | Photographs from ground level early November |
| Exhibit V | Elevated photograph of site on November 18, 2021 |
| Exhibit W | City assessment records |
| Exhibit X | Photographs of law office prior to demolition |
| Exhibit Y | Peninsula Place Deposits |
| Exhibit Z | Moore deposition excerpts |

03151898 1