# EXHIBIT U

# TO

# JOINT BRIEF IN SUPPORT OF SETTLEMENT AGREEMENT







DEPOSITION EXHIBIT 10
McIntyre 5-3-22

326 Land 00342




326 Land 00343