# EXHIBIT V

# TO

# JOINT BRIEF IN SUPPORT OF SETTLEMENT AGREEMENT





326 Land 00345