UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

326 LAND COMPANY, LLC,                        )
                           Plaintiff,          )
                                               )          No. 1:22-cv-45
-v-                                            )
                                               )          Honorable Paul L. Maloney
CITY OF TRAVERSE CITY and                      )
SHAWN WINTER,                                  )
                           Defendants.         )
                                               )

## ORDER DENYING MOTIONS FOR STATUS CONFERENCE

In June 2022, the parties filed a proposed settlement that would resolve this dispute. While the proposal was under consideration, in December 2022 the parties filed a motion for a status conference (ECF Nos. 40).  Plaintiff then filed another motion asking the Court to issue an order concerning the proposed settlement or hold a scheduling conference (ECF No. 44).

Contemporaneous with this order, the Court issues an Opinion and Order declining to approve the proposed settlement.  Accordingly, the Court **DISMISSES** the two motions for a status conference as moot (ECF Nos. 40 and 44).

**IT IS SO ORDERED.**

Date:___April 21, 2023___                        _/s/  Paul L. Maloney_____
                                                 Paul L. Maloney
                                                 United States District Judge