# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| 326 LAND COMPANY, LLC, a Michigan limited liability company, | Case No. 1:22-cv-45 |
| | Honorable Paul L. Maloney |
| Plaintiff, | |
| | Magistrate Phillip J. Green |
| v | |
| CITY OF TRAVERSE CITY, a Michigan Home Rule City, SHAWN WINTER, City Planning Director, | **PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT AS TO COUNTS I AND IV OF PLAINTIFF'S COMPLAINT PURSUANT TO FRCP 12(c) AND FRCP 56(a).** |
| Defendants. | |

| | |
|---|---|
| Ross A. Leisman (P41923) | Peter B. Worden (P41899) |
| James F. Scales (P40639) | Garan Lucow Miller, PC |
| Mika Meyers PLC | Attorneys for Defendants |
| Attorneys for Plaintiff | 3335 W. South Airport Road, Ste. 5A |
| 900 Monroe Avenue, NW | Traverse City, MI 49684 |
| Grand Rapids, MI 49503 | (231) 941-1611 |
| rleisman@mikameyers.com | pworden@garanlucow.com |
| jscales@mikameyers.com | |

NOW COMES the Plaintiff, 326 Land Company by its attorneys Mika Meyers PLC and for its Cross-Motion for Summary Judgment as to Counts I and IV pursuant to FRCP 12(c) and FRCP 56(a) states as follows:

1. As supported fully in the brief being filed with this motion, Plaintiff is entitled to summary judgment on Counts I and IV because it has established vested rights to complete its proposed building based on the state of construction when the City revoked the Land Use Permit.

2. As supported fully in the brief being filed with this motion, Plaintiff is entitled to summary judgment on Counts I and IV for the additional reason that the City is estopped from revoking the Land Use Permit, which had the effect of halting construction under the penalty of

03310131 1

law, because 326 Land had reason to rely upon the Implementation Policy officially adopted by the City Commission and it made significant expenditures and undertook significant construction in reliance on that policy and permits issued pursuant to it.

3. As supported fully in the brief being filed with this motion, Plaintiff is entitled to summary judgment on Count I of the complaint because the City violated 326 Land's procedural due process rights by revoking the Land Use Permit precipitously, without prior notice and opportunity for 326 Land to be heard.

THEREFORE, Plaintiff respectfully requests that this honorable Court grant this cross-motion for Summary Judgment as to Counts I and IV and grant Plaintiff the relief as outlined in the brief being filed in support of this motion.

Respectfully submitted,

MIKA MEYERS PLC
Attorneys for

Dated:  June 20, 2023                By:   /s/ Ross A. Leisman
                                            Ross A. Leisman (P41923)
                                            James F. Scales (P40639)
                                            900 Monroe Avenue, NW
                                            Grand Rapids, MI 49503
                                            (616) 632-8000