UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

326 LAND COMPANY, LLC,

       Plaintiff,

v.

TRAVERSE CITY, CITY OF, et al.,

       Defendants.
_____/

Case No. 1:22–cv–00045–PLM–PJG

Hon. Paul L. Maloney

## NOTICE OF HEARING

TAKE NOTICE that a hearing on the following motion(s) has been **rescheduled** as set forth below:

| | |
|---|---|
| Motion(s): | Motion for Partial Summary Judgment – #50<br>Motion for Partial Summary Judgment – #51<br>Motion for Partial Summary Judgment – #52<br>Motion for Partial Summary Judgment – #54 |
| Date/Time: | October 3, 2023   01:30 PM<br>*(previously set for 9/15/2023)* |
| District Judge: | Paul L. Maloney |
| Place/Location: | 174 Federal Building, Kalamazoo, MI |

PAUL L. MALONEY
United States District Judge

Dated:  July 18, 2023    By:   /s/ Amy C. Redmond
                                              Case Manager