UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

**CASE CAPTION:**  326 Land Company, LLC v. City of Traverse City, et al

**Case Number:**  1:22-cv-45
**Date:**  October 3, 2023
**Time:**  1:37 p.m. – 2:58 p.m.
**Place:**  Kalamazoo
**Judge:**  Paul L. Maloney

**APPEARANCES**

    Plaintiff:  Ross A. Leisman

    Defendants:  Peter B. Worden, Jr.

**PROCEEDINGS**

Nature of Hearing:  Hearing on motions for summary judgment (ECF Nos. 50, 51, 52, and 54); motions taken under advisement, opinion and order to issue

Court Reporter: Kathleen Thomas         Case Manager: Amy Redmond