# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: February 06, 2024

Mr. Dominic Clolinger
Mika Meyers
900 Monroe Avenue, N.W.
Grand Rapids, MI 49503

Mr. Ross A. Leisman
Mika Meyers
900 Monroe Avenue, N.W.
Grand Rapids, MI 49503

Mr. Daniel S. Saylor
Garan Lucow Miller
1155 Brewery Park Boulevard
Suite 200
Detroit, MI 48207

Mr. Peter B. Worden Jr.
Garan Lucow Miller
3335 W. South Airport Road
Suite 5A
Traverse City, MI 49684

Re:  Case No. 23-1443, *326 Land Company, LLC v. Traverse City, MI, et al*
     Originating Case No. : 1:22-cv-00045

Dear Sir or Madam,

   The Court issued the enclosed (Order/Opinion) today in this case.

                              Sincerely yours,

                              s/Connie A. Weiskittel
                              Mediation Administrator

cc: Ms. Ann E. Filkins

Enclosure

No mandate to issue

Case No. 23-1443

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

326 LAND COMPANY, LLC, a Michigan limited liability company

      Plaintiff - Appellant

v.

TRAVERSE CITY, MI, a Michigan Home Rule City; SHAWN WINTER, City Planning Director

      Defendants - Appellees

   In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

   It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                                        **ENTERED PURSUANT TO RULE 33,
RULES OF THE SIXTH CIRCUIT**
Kelly L. Stephens, Clerk

Issued: February 06, 2024