UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

326 LAND COMPANY, LLC, )
                    Plaintiff, )
                                          ) No. 1:22-cv-45
-v-                                       )
                                          ) Honorable Paul L. Maloney
CITY OF TRAVERSE CITY and )
SHAWN WINTER, )
                    Defendants. )
_____ )

## JUDGMENT

The court has resolved all pending claims and, therefore, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  April 28, 2026                    /s/  Paul L. Maloney
                                               Paul L. Maloney
                                               United States District Judge